IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00321-WYD-PAC

BARRY BIALEK,

     Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL ALBERTO R. GONZALES;
FEDERAL ELECTION COMMISSION CHAIRMAN MICHAEL E. TONER,
In their official capacities,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Motion for Relief From the Court's March 16, 2007 Order and for a 33-Day Extension of Time to Respond [Docket #13] is **GRANTED in part and DENIED in part.** The hearing on Plaintiff's Motion for Declaratory Judgment is **RESET** for **Friday, April 27, 2007, at 4:00 p.m.**  Defendants have until on or before **April 13, 2007**, to Respond to Plaintiff's Motion for Declaratory Judgment.  Plaintiff has until on or before **April 23, 2007**, to file a Reply.

     Dated:  March 22, 2007