**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: May 11, 2007 |
| E.C.R./Reporter: Kara Spitler | |

_____

Civil Action No: **07-cv-00321-WYD-PAC**         Counsel:

**BARRY BIALEK**,                                              Michael R. Dezsi

       Plaintiff,

v.

**ALBERTO R. GONZALES, United States**      Tamara L. Ulrich
**Attorney General, et al.**,                              Eric J. Beane
                                                  Colleen T. Sealander
       Defendants.                                       Gregory J. Mueller

_____

**COURTROOM MINUTES**
_____

**HEARING ON DEFENDANTS' MOTION FOR DECLARATORY JUDGMENT and DEFENDANTS' MOTIONS TO DISMISS**

**4:05 p.m.**     Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Plaintiff's Motion for Judgment (#5 - 3/12/07); Defendant's Motion to Dismiss (#18 - 4/13/07); and Defendant's Motion to Dismiss (#21 - 4/13/07) are raised for argument.

4:08 p.m.        Argument by Plaintiff (Mr. Dezsi).

4:26 p.m.        Argument by Defendants (Ms. Ulrich).

Judge Wiley Y. Daniel
07-cv-00321-WYD-PAC - Courtroom Minutes

| | |
|---|---|
| 4:31 p.m. | Argument by Defendants (Mr. Mueller). |
| 4:34 p.m. | Argument by Plaintiff (Mr. Dezsi). |

**ORDERED:** Plaintiff's Motion for Judgment (#5 - 3/12/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant's Motion to Dismiss (#18 - 4/13/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant's Motion to Dismiss (#21 - 4/13/07) is **TAKEN UNDER ADVISEMENT.**

**4:42 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:37**