IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00321- WYD-PAC

BARRY BIALEK,

     Plaintiff(s),

v.

UNITED STATES ATTORNEY GENERAL ALBERTO R. GONZALES; and
FEDERAL ELECTION COMMISSION CHAIRMAN, MICHAEL E. TONER, in their official capacities,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS **HEREBY ORDERED** that the Joint Motion to Vacate Status Conference Scheduled for Monday June 25, 2007 [Docket No. 36; filed June 19, 2007] is **GRANTED**.

     The court will reset the Scheduling Conference, if necessary, after the District Judge rules on the pending motions to dismiss and motion for declaratory judgment.

Dated:  June 20, 2007